Ex parte O. E. JOSEPHSON.

No. A-7277. Opinion Filed April 19, 1930.
(287 Pac. 1117.)

Mathers & Mathers, for petitioner.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. This is an original proceeding in habeas. This is a companion case to that of Ex parte Bales, 42 Okla. Cr. 48, 274 Pac. 485. When the writ in that case was awarded, the state dismissed the prosecution in this case in the lower court.

The case is dismissed.